IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00613-MSK-MEH

SHERRY COLE,

    Plaintiff,

v.

SANDOZ,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 26, 2010.**

    The Stipulated Motion for Entry of Protective Order [filed August 25, 2010; docket #47] is **granted**. The proposed Stipulated Protective Order is accepted and entered contemporaneously with this minute order.