IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00613-MSK-MEH

SHERRY COLE,

    Plaintiff,

v.

SANDOZ,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 21, 2010.**

    In light of the settlement in this matter, Defendant's Motion to Amend Answer [filed October 18, 2010; docket #52] is **denied as moot**.