IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-00613-MSK-MEH

SHERRY COLE,

        Plaintiff,

v.

SANDOZ,

        Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE**

---

THIS MATTER is before the Court on the Stipulated Motion to Dismiss With Prejudice **(#57)** filed November 5, 2010. The Court having reviewed the foregoing:

**ORDERS** that the Motion is **GRANTED** and any and all claims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. The Clerk shall close this case.

DATED this 5th day of November, 2010.

                                            **BY THE COURT:**

                                            */s/ Marcia S. Krieger*
                                            _____

                                            Marcia S. Krieger
                                            United States District Judge